UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1935

TOMMY LEE CHAPMAN; MARYANNE CHAPMAN,

Plaintiffs - Appellants,

versus

MARK L. EARLEY, Attorney General of Virginia;
SUPREME COURT OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-00-223-3)

Submitted: November 7, 2000          Decided: November 21, 2000

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tommy Lee Chapman, Maryanne Chapman, Appellants Pro Se. Gregory E. Lucyk, Catherine Crooks Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tommy Lee Chapman and Maryanne Chapman appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Chapman v. Earley, No. CA-00-223-3 (E.D. Va. June 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2